IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| | : | |
| v. | : | |
| | : | Criminal Action No. |
| COURTNEY BROWN, | : | 5:10-CR-22 (HL) |
| | : | |
| Defendant. | : | |

### ORDER

The defendant has moved for a continuance based on the government's failure to provide complete discovery, to-wit, the defendant's criminal record (Doc. 19). The United States is ordered to provide complete discovery to the defendant, including the defendant's criminal record, instanter. The motion to continue the case is denied.

**SO ORDERED**, this the 23rd day of June, 2010.

                                        *s/ Hugh Lawson*
                                        **HUGH LAWSON, SENIOR JUDGE**

lmc